**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DANIEL KASPRZAK,**

    Plaintiff,

-vs-                                    CASE NO. 2:12-cv-12140
                                                    HON. ARTHUR J. TARNOW
                                                    MAG. R. STEVEN WHALEN

**ALLSTATE INSURANCE COMPANY,**

    Defendant.

| CHRISTOPHER TRAINOR & ASSOCIATES | VANDEVEER GARZIA, P.C. |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449) | DONALD C. BROWNELL (P48848) |
| AMY J. DEROUIN (P70514) | Attorney for Defendant |
| Attorneys for Plaintiff | 1450 W. Long Lake Road, Ste. 100 |
| 9750 Highland Road | Troy, MI 48098-6330 |
| White Lake, MI 48386 | 248-312-2800 |
| (248) 886-8650 | 248-267-1242-fax |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

      **NOW COMES** Plaintiff, **DANIEL KASPRZAK,** by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and for his Preliminary Witness List discloses the following witnesses, who may be relied upon for testimony at the time of trial in this matter:

1. Daniel Kasprzak, c/o Plaintiff's Counsel

2. Any and all Attendant Care or Replacement Services providers, including but not limited to:

   a. Karen Kasprzak, c/o Plaintiff's Counsel

   b. Randy Currie

3. Any drivers and/or all passengers involved in the accident on May 10, 2011, including but not limited to, the following:

   a. Anyonio Jarve Moreno

4. Any and all witnesses to the accident on May 10, 2011.

5. Any and all employees, agents, representatives, and custodian or records from the Royal Oak Police Department, including but not limited to:

    a. Officer B. Zelakincz
    b. Any persons and or officers who responded to or investigated the accident at issue.

6. Any and all employees, agents, representatives, and custodian of records from Allstate Insurance Company, including but not limited to:

    a. Greg Bahorski;
    b. Debra Burns;
    c. Jan Mainella;
    d. Any and all claims adjusters or any other employees that have attended to Plaintiff's claim for benefits.

7. Any and all employees, agents, representatives, administrative staff, records custodians, surgeons, physicians, physician's assistants, radiologists, nurses, nurses' aides, counselors, billing clerks, and therapists, and/or other named individuals of Plaintiff's medical treatment providers and of the following:

    a. Be Well of Birmingham
       750 S. Old Woodward Avenue
       Birmingham, MI 48009
           i. Dr. Cozetto

    b. Clear Imaging
       907 S. Main Street
       Royal Oak, MI 48067

    c. Doctor's Hospital of Michigan
       461 W. Huron
       Pontiac, MI 48340

    d. Dr. Gonte
       29877 Telegraph, Ste. 401
       Southfield, MI 48034

    e. Dr. Sabit
       29355 N.W. Ste. 130
       Southfield, MI 48034

    f. HealthQuest of Southfield

        26751 Southfield Rd., Lathrup Village
        Southfield, MI 48076

   g. MI Spine and Rehab
      23861 W. McNichols
      Detroit, MI 48219
         a. Dr. Tolia

   h. MI Brain and Spine
      16100 19 Mile, Ste. 200
      Clinton Twp., MI 48038
         a. Dr. Sabit

   i. Rehabilitation Medicine Group
      20307 W. 12 Mile Road
      Southfield, MI 48076
         a. Dr. Weingarden

   j. Universal Health Group
      5761 W. Maple Road
      West Bloomfield, MI 48322

   k. Mendelson & Kornblum Orthopedics
      11900 East 12 Mile Road, #110
      Warren, MI 48093

8. Any and all employees, agents, representatives, and custodians of records for:

   a. A to Z Transportation
      24415 Graham Rd.
      Redford, MI 48239

   b. Daring Drugs-Adv.
      23077 Greenfield
      Southfield, MI 48075

   c. Social Security Administration

9. Any and all IME doctors.

10. Any witnesses identified on Defendant's Witness List.

11. Any persons or companies who conducted surveillance on Plaintiff on behalf of Defendant.
12. All persons whose testimony is required to admit and/or authenticate evidence.

13. All persons deposed.

14. All persons identified in the discovery process, including interrogatories, depositions, pleadings, and documents from all parties.

15. All persons or entities named by other parties to this lawsuit whether or not called at the time of trial.

16. Any and all witnesses called for the purpose of rebuttal against any of Defendant's witnesses.

17. Plaintiff reserves the right to amend and/or supplement this Witness List as discovery is ongoing.

**EXPERT WITNESS LIST**

1. Plaintiff's treating doctors, before and after the accident at issue.

2. Experts, the necessity of which, are revealed by further discovery.

/**s/Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
Amy.derouin@cjtrainor.com

Dated: August 22, 2012
*CJT/ajd*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ***None***.

s/ Amy J. DeRouin (P70514)
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
Amy.derouin@cjtrainor.com

5