UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel Kasprzak,

                           Plaintiff(s),

v.                                            Case No. 4:12−cv−12140−GAD−RSW
                                                                   Hon. Gershwin A. Drain

Allstate Insurance Company,

                           Defendant(s),

**NOTICE OF REASSIGNMENT**

    Pursuant to Administrative Order 12−AO−018, counsel and any unrepresented parties are hereby notified that the above−captioned case has been reassigned from District Judge Arthur J. Tarnow to District Judge Gershwin A. Drain.

    All previously scheduled dates remain in effect, except all previously scheduled dates for trial, conferences or motion hearings before the District Judge are suspended.  All deadlines and any dates scheduled before a Magistrate Judge remain in effect.  A new scheduling order relative to suspended dates will be issued.  Questions should be directed to Tanya Bankston, case manager to District Judge Gershwin A. Drain at (810) 341−9760.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/S. Schoenherr
                                                                      Case Manager

Dated:   October 2, 2012