UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL KASPRZAK,

          Plaintiff,

Civil Action No.12-cv-12140
HON. GERSHWIN A. DRAIN

v.

ALLSTATE INSURANCE COMPANY,

          Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO REINSTATE TO APPROVE AND ENFORCE SETTLEMENT [#30]

On this date, the parties appeared for argument on Defendant's Motion to Reinstate to Approve and Enforce Settlement Agreement. In addition to counsel for the parties, Plaintiff's bankruptcy attorney, Brian A. Rookard, and counsel for Non-Party Ronald Lederman, M.D., P.L.L.C., Justin Haas, appeared at the hearing.

Accordingly, for the reasons stated on the record, Defendant's Motion to Reinstate to Approve and Enforce Settlement [#30] is GRANTED. The Clerk of the Court is hereby ordered to reinstate this matter to the Court's active docket.

SO ORDERED.

Dated: March 9, 2015

/s Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE