**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL KASPRZAK,

    Plaintiff,

vs.                                              Case No.  12-12140
                                                      Hon. Gershwin Drain/Mag. Randon

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

| CHRISTOPHER J. TRAINOR (P42449) | DONALD C. BROWNELL (P48848) |
|---|---|
| AMY J. DEROUIN (P70514) | NICOLAS A. VESPRINI (P66061) |
| KIMBERLEY A. KOESTER (P48967) | CHELSEA E. PASQUALI (P77375) |
| CHRISTOPHER TRAINOR & ASSOC | VANDEVEER GARZIA, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 9750 Highland Rd. | 840 W. Long Lake Road, Suite 600 |
| White Lake, MI  48386 | Troy, MI  48098-6340 |
| (248) 886-8650 | (248) 312-2800 |
| kimberley.koester@cjtrainor.com | dbrownell@vgpclaw.com |

_____/

**ORDER GRANTING ALLSTATE'S MOTION TO SET ASIDE  DISMISSAL, REOPEN THE CASE AND DESIGNATE PAYEE AND APPROVE SETTLEMENT**

    **IT IS HEREBY ORDERED** that the dismissal entered in this matter is set aside and the Plaintiff's case be reopened.

    **IT IS FURTHER ORDERED** that the settlement in this matter is approved based on the following representations:

    The Plaintiff, by and through his counsel, has negotiated settlement for the following providers, as full and final payment for all services provided to Plaintiff as of

the date of this order:

| | |
|---|---|
| A to Z Transportation | $ 8,677.50 |
| Apple Transportation | $     75.00 |
| Be Well of Birmingham/Silvio Cozzetto, D.C./ Dr. Andrea Whedon | $ 9,000.00 |
| Blue Bird Transportation | $     75.00 |
| Clear Imaging LLC | $ 2,500.00 |
| Daring Drugs Oakland | $    360.00 |
| Doctors Hospital of Michigan | $23,360.86 |
| Gold Star Transportation | $    190.00 |
| Dr. William Gonte | $     30.00 |
| Dr. Ronald Lederman, MD | $23,149.33 |
| Dr. David Mendelson/Mendelson Kornblum Orthopedic | $    350.00 |
| Michigan Head & Spine Institute | $    300.00 |
| Michigan Spine & Rehabilitation | $ 6,500.00 |
| NW Pathology Consultants | $    126.00 |
| Oakland Physicians Medical Center | $      0.00 |
| Silver Pine Imaging LLC | $ 4,100.00 |
| Tender Care Transportation | $    500.00 |
| Universal Health Group Incorporated. | $    400.00 |

The Defendant, by and through its counsel, provided notice of Allstate's Motion to Designate Payee and Apportion Settlement to providers listed above *and* the following

2

providers know by the Defendant. As said parties were notified of the hearing on this matter and did not appear, they have no recovery:

| | |
|---|---|
| Bloomfield Primary Care Associates | $ 0 |
| Reddi Ride Transportation Inc. | $ 0 |
| Rehabilitation Med Group PC | $ 0 |
| Dr. Melissa Soulliere | $ 0 |
| Summit Medical Group PLLC | $ 0 |
| Tender Care Transportation | $ 0 |

The parties have a hold harmless clause in the settlement agreement that Allstate Insurance Company shall hold harmless and indemnify Daniel Kasprzak for any all claims for medical services provided by Michigan Spine and Brain through May 2, 2013 stemming from the May 10, 2011 motor vehicle accident.

**IT IS FURTHER ORDERED** that the Court will close this file upon receipt of this Order.

**IT IS FURTHER ORDERED** that Defendant Allstate Insurance Company will present the settlement draft to Plaintiff's Counsel within fourteen (14) days of the entry of this Order.

Dated: April 14, 2016   /s/Gershwin A Drain
                                                                   District Court Judge

Approved as to form:

3

| | |
|---|---|
| s/Kimberley A. Koester<br>KIMBERLEY A. KOESTER (P48967)<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>Attorney for Plaintiff<br>9750 Highland Rd.<br>White Lake, MI  48386<br>(248) 886-8650<br>kimberley.koester@cjtrainor.com | s/ Donald C. Brownell<br>DONALD C. BROWNELL  (P48848)<br>NICOLAS A. VESPRINI (P66061)<br>CHELSEA E. PASQUALI (P77375)<br>VANDEVEER GARZIA, P.C.<br>Attorney for Defendant Allstate<br>1450 W. Long Lake Rd., Ste. 100<br>Troy, MI  48098-6330<br>(248) 312-2800<br>dbrownell@vgpclaw.com |

VANDEVEER GARZIA P.C.